IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROHITKUMAR KHODABHAI PATEL,          )<br>                                       )<br>     Plaintiff,                       )<br>                                       )<br>v.                                     )<br>                                       )<br>ALEJANDRO MAYORKAS, Secretary         )<br>of Department of Homeland             )<br>Security; MERRICK GARLAND,             )<br>Attorney General of The United        )<br>States; TRACY RENAUD,                  )<br>Senior Official Performing            )<br>Duties of the Director for            )<br>USCIS; DIRECTOR, Vermont              )<br>Service Center for USCIS; and         )<br>UNITED STATES OF AMERICA;             )<br>                                       )<br>     Defendants.                       )<br>_____) | CASE NO. CV423-071 |

## **O R D E R**

Before the Court is the parties' Consent Motion for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. 7.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Because

Defendants have filed neither an answer nor a motion for summary judgment in this case, the parties' request (Doc. 7) is **GRANTED**, and this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 25th day of May 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA